

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-00229 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| DANTE WATSON | ) | 18 U.S.C. § 924 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about January 11, 2024, in the Middle District of Tennessee, the defendant, **DANTE WATSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson model M&P Shield .40 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

Before **DANTE WATSON** committed the offense charged in this count, **DANTE WATSON** had at least three previous convictions for offenses committed on occasions different from one another.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about September 24, 2024, in the Middle District of Tennessee, the defendant, **DANTE WATSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock GmbH model 43 caliber 9x19 pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

Before **DANTE WATSON** committed the offense charged in this count, **DANTE WATSON** had at least three previous convictions for offenses committed on occasions different from one another.

A TRUE BILL

███████████

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*/s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY